IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03127-STV

**NICK LEPETSOS**,

    Plaintiff,

v.

**FIRST AMERICAN BANCORP, a Colorado Corporation, and
FIRST AMERICAN STATE BANK, a Colorado State Chartered Bank**,
**THE COMMITTEE OF THE FIRST AMERICAN BANCORP 2008 STOCK
APPRECIATION RIGHTS PLAN,
JOHN ("JAY") R. DAVIDSON, individually,
JOHN DOE I, individually,
JOHN DOE II or JANE DOE I, individually, and
FIRST AMERICAN BANCORP 2008 STOCK APPRECIATION RIGHTS PLAN.**

    Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)**

---

    Plaintiff, Nick Lepetsos, by and through his undersigned counsel hereby submits this Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). As grounds Plaintiff states;

1. Fed. R. Civ. P. 41(a)(1)(A)(i) permits a plaintiff to give notice of his dismissal of his Amended Complaint before the opposing party serves either an Answer or a Motion for Summary Judgment. *Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2015) (holding under circumstances in the rule, plaintiff has an absolute right to dismiss without prejudice). No action is required on the part of the Court. *Id.*

1

2. Defendants have not filed an Answer or a Motion for Summary Judgment. Defendants have filed a Motion to Dismiss. [Dkt. 19]. Defendants Motion to Dismiss is based in the Defendants' legal position that Plaintiff's only non-state law claim, the First Claim in his Amended Complaint is not an ERISA plan. Defendant's state "...the express language of the SAR Plan establishes that it is not a "plan" governed by ERISA." Defendants Motion to Dismiss at 9. Based on this unequivocal judicial admission, there is no federal question presented and Plaintiff may voluntarily dismiss his complaint. *Armstrong v. JP Morgan Chase Bank Nat'l Assn.*, 633 Fed. Appx. 909, 1005 (10th Cir. 2015).

Wherefore, Plaintiff respectfully provides notice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i) that he voluntarily dismisses his Amended Complaint without prejudice.

*s/ Thomas J. Arckey*
Thomas J. Arckey
Todd G. Johnson
ARCKEY & ASSOCIATES, LLC
6465 Greenwood Plaza Blvd., Suite 250
Centennial, CO 80111
(303) 798-8546
(303) 798-4637 FAX
tja@arlaw.us
toddjohnson@arlaw.us
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February 2020, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was electronically filed with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

John C. Leininger
jcl@sbbolaw.com
William P. Dunne III
wdunne@sbbolaw.com
Shapiro Bieging Barber Otteson, LLP
5430 Lyndon B Johnson Freeway, Suite 1540
Dallas, Texas 75240
Telephone: (214) 377-0149

                                                    *s/ Maggie McClearn*
                                                    Maggie McClearn